AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STEPHEN H. DEMAREST AND DEBORAH A. DEMAREST, husband and wife,

                Plaintiffs,

                    v.

CITY OF LEAVENWORTH, a municipal corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-072-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Summary Judgment (ECF No. 63) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 68) is GRANTED. Defendant's Motions to Strike (ECF No. 90 & 103) are DENIED AS MOOT. Judgment is entered dismissing First Amended Complaint and the claims therein with prejudice. File closed.

June 27, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer